**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**RICKIE THOMAS,**

                **Plaintiff,**              **3:13-cv-01069-DRH-PMF**

     **v.**

**HILLCREST, DAVIDSON AND
ASSOCIATES, LLC.,**

                **Defendant.**

**<u>ORDER and DEFAULT JUDGMENT</u>**

This matter having come before this Honorable Court on Plaintiff's Motion for Default Judgment, due notice having been given, the Court having been fully advised, and a Clerk's Order of Default having previously been entered against Defendants,

IT IS HEREBY ORDERED:

Judgment is entered in favor of Plaintiff, RICKIE THOMAS, and against Defendant, HILLCREST, DAVIDSON AND ASSOCIATES, LLC., as follows:

1. $1,000.00 statutory damages for Defendant's violation of the Fair Debt Collection Practices Act.

2. $2,500.00 actual damages, as established by Plaintiff's affidavit, for Defendant's violation of the Fair Debt Collection Practices Act.

3. $3,190.00 for Plaintiff's attorneys' fees.

    4.      $475.00 for Plaintiff's costs.

    5.      Total Judgment in the amount of $7,165.00.

**DATED: March 17, 2014**

Digitally signed by
David R. Herndon
Date: 2014.03.17
11:40:59 -05'00'

**Chief Judge**
**United States District Court**