AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

Rickie Thomas
v.

Hillcrest, Davidson and Associates, LLC

Defendant

Case No. 13-1069-DRH

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Keith Burkett,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:
On May 26, 2015, KEITH BURKETT, PRESIDENT OF Hillcrest, Davidson and Associates, LLC was held in contempt of Court for his failure to comply with the specific terms of this Court's order of March 17, 2014, directing the defendant to pay the plaintiff $7,165.00.

Date: 5/27/15

*Issuing officer's signature* — DEPUTY CLERK

City and state: E. St. Louis, IL

*Printed name and title* DAVID R. HERNDON, U.S. DISTRICT JUDGE

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

